Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **J&L Landscape Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-2688361** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3316 64th Ave NE**<br>**Marysville, WA 98270**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish**<br>County | **Location of principal assets, if different from principal place of business**<br>**8431 Maltby Road Snohomish, WA 98290**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **www.jnllandscape.com**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **J&L Landscape Services, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:
  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor **J&L Landscape Services, LLC**          Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000      ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor **J&L Landscape Services, LLC** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | J&L Landscape Services, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 2, 2025**
MM / DD / YYYY

X **/s/ Jeffrey Fieck**      **Jeffrey Fieck**
Signature of authorized representative of debtor      Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Thomas D. Neeleman**      Date **May 2, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**      Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America** PO BOX 15796 Wilmington, DE 19886-5796 | | **Credit Card** | | | | $8,382.83 |
| **Clearview Nursery Inc** 16918 State Route 8 SE Snohomish, WA 98296 | | **Account Charges** | | | | $2,665.04 |
| **Corporate Collections** PO BOX 2882 Scottsdale, AZ 85252 | | **Collections for Ewing Irrigation** | | | | $2,487.62 |
| **Country Green Turf Farms** 7725 Yelm Hwy SE Olympia, WA 98507 | | **Account Charges** | | | | $6,000.00 |
| **Harnish Group, Inc.** c/o Jonathan Baner 2201 SW 152nd Street Seattle, WA 98166 | | **Lawsuit Repairs - NC Machinery** | | | | $5,186.50 |
| **Headway Capital** 175 W Jackson Blvd, Ste 1000 Chicago, IL 60604 | | **Loan** | | | | $69,000.00 |
| **Horizon/Pool Corp** 5214 S 30th Street Phoenix, AZ 85040 | | **Account Charges** | | | | $19,000.00 |
| **IRS Centralized Insolvency** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Taxes** | | | | $65,000.00 |

| Debtor | J&L Landscape Services, LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Les Schwab**<br>PO Box 637<br>Sedro Woolley, WA 98284 | | **Services** | | | | $2,696.00 |
| **MRS BPO, LLC**<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | | **Collections for FundBox** | | | | $2,329.87 |
| **NC CAT Rental Store**<br>2201 152nd Street SW<br>Seattle, WA 98166 | | **Account Charges** | | | | $4,329.26 |
| **Plants Northwest, Inc**<br>c/o Dellwo, Roberts & Scanlon<br>1124 West Riverside Ave<br>Suite 310<br>Spokane, WA 99201 | | **Collections** | | | | $2,997.45 |
| **Pool Corp**<br>c/o MAK Law Office<br>1119 W Southern Ave, Suite 200<br>Mesa, AZ 85210 | | **Services Provided** | | | | $19,192.05 |
| **Puget Sound Plants**<br>3147 46th Ave NE<br>Olympia, WA 98506 | | **Account Charges/Judgment** | | | | $24,345.73 |
| **RLE Insurance**<br>Dept 3500<br>PO BOX 779018<br>Chicago, IL 60677 | | **Attachment of Bond** | | | | $7,000.00 |
| **Site One Landscape Supply**<br>300 Colonial Center Pkwy<br>Roswell, GA 30076 | | **Account Charges** | | | | $6,548.25 |
| **TSI**<br>PO BOX 3002<br>Phoenixville, PA 19460 | | **Collections for Wetlands and Woodlands** | | | | $3,333.14 |
| **WA Employment Security Dept**<br>PO Box 34949<br>Seattle, WA 98124-1949 | | **Taxes** | | | | $4,000.00 |
| **WA State Dept of Revenue**<br>PO Box 47473<br>Olympia, WA 98504-7473 | | **Taxes** | | | | $130,000.00 |

Debtor **J&L Landscape Services, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WA State L&I**<br>**PO Box 44000**<br>**Olympia, WA 98504** | | **Taxes** | | | | **$20,000.00** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

ALLSTAR HYDROSEEDING
7311 171ST AVE SE
SNOHOMISH, WA 98290


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BANER AND BANER LAW FIRM
4007 BRIDGEPORT WAY W, SUITE D
TACOMA, WA 98466


BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886-5796


CAT FINANCIAL
PO BOX 100647
PASADENA, CA 91189-0647


CLEARVIEW NURSERY INC
16918 STATE ROUTE 8 SE
SNOHOMISH, WA 98296


COMCAST BUSINESS
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533


CORPORATE COLLECTIONS
PO BOX 2882
SCOTTSDALE, AZ 85252


COUNTRY GREEN TURF FARMS
7725 YELM HWY SE
OLYMPIA, WA 98507


FORD CREDIT
P.O. BOX 65075
DALLAS, TX 75265-0575


FORD CREDIT
P.O. BOX 650575
DALLAS, TX 75265-0575

HARNISH GROUP, INC.
C/O JONATHAN BANER
2201 SW 152ND STREET
SEATTLE, WA 98166


HEADWAY CAPITAL
175 W JACKSON BLVD, STE 1000
CHICAGO, IL 60604


HORIZON/POOL CORP
5214 S 30TH STREET
PHOENIX, AZ 85040


INDUSTRIAL CREDIT SERVICES
PO BOX 4149
BELLEVUE, WA 98009


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 17210
GOLDEN, CO 80402


JEFFREY & LISA FIECK
3316 64TH AVE NE
MARYSVILLE, WA 98270


KINGS FUNDING
40 WALL STREET, SUITE 2504
NEW YORK, NY 10005


LES SCHWAB
PO BOX 637
SEDRO WOOLLEY, WA 98284


MARK KIRKORSKY, P.C.
1119 W SOUTHERN AVE, SUITE 200
MESA, AZ 85210


MCCAFFERTY & STEINMARK, PLLC
12535 15TH AVE NE, SUITE 210
SEATTLE, WA 98125

MILL CREEK LAW
4220 132ND STREET SE
SUITE 201
BOTHELL, WA 98012


MONTERIA GROUP
40 WALL STREET, SUITE 2504
NEW YORK, NY 10005


MRS BPO, LLC
1930 OLNEY AVE
CHERRY HILL, NJ 08003


NACM BUSINESS CREDIT SEVICES
2201 SW 152ND ST
SEATTLE, WA 98166


NC CAT RENTAL STORE
2201 152ND STREET SW
SEATTLE, WA 98166


PACIFIC TOPSOILS
PO BOX 94057
SEATTLE, WA 98124-9475


PLANTS NORTHWEST, INC
C/O DELLWO, ROBERTS & SCANLON
1124 WEST RIVERSIDE AVE
SUITE 310
SPOKANE, WA 99201


POOL CORP
C/O MAK LAW OFFICE
1119 W SOUTHERN AVE, SUITE 200
MESA, AZ 85210


PUGET SOUND PLANTS
3147 46TH AVE NE
OLYMPIA, WA 98506


RLE INSURANCE
DEPT 3500
PO BOX 779018
CHICAGO, IL 60677

```
SATURN SYSTEMS
PO BOX 482
BAILEY, CO 80421


SCOTT & GOLDMAN
980 BIRMINGHAM RD 501-154
ALPHARETTA, GA 30004


SITE ONE LANDSCAPE SUPPLY
300 COLONIAL CENTER PKWY
ROSWELL, GA 30076


T&L NURSERY, INC.
13245 WOODINVILLE REDMOND RD N
REDMOND, WA 98052


TSI
PO BOX 3002
PHOENIXVILLE, PA 19460


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WA STATE DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504-7473


WA STATE L&I
PO BOX 44000
OLYMPIA, WA 98504
```

In re  **J&L Landscape Services, LLC**      Case No. _____

         Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **J&L Landscape Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 2, 2025 | /s/ Thomas D. Neeleman |
| Date | **Thomas D. Neeleman 33980** |
| | Signature of Attorney or Litigant |
| | Counsel for **J&L Landscape Services, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |